No. D–966.   IN RE DISBARMENT OF THOMPSON.   It is ordered that Raymond Bamidele Thompson, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.